UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTTO HARPER,

    Plaintiff,

v.                                           Case No. 8:09-cv-1552-T-30MAP

PIZZA HUT OF AMERICA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1552.dismiss 11.wpd